RICHARD G. CALDWELL *vs.* EARL J. COLLIER & others. December 22, 1977. As the express determination required by Mass.R.Civ.P. 54(b), 365 Mass. 821 (1974), does not appear on the record, the so called

judgment entered in this action is "interlocutory in nature and not ripe for full review until all issues [as to all of the parties] are resolved at the trial level." *New England Canteen Serv., Inc.* v. *Ashley,* 372 Mass. 671, 677 (1977). See 6 Moore's Federal Practice par. 54.34 [2.2], at 561 & n.10 (2d ed. 1976). Accordingly, the appeal from the granting of summary judgment for the defendant Wheaton Van Lines, Inc., is dismissed. Compare *New England Canteen Serv., Inc.* v. *Ashley, supra* at 677-678, and authorities cited.

*So ordered.*

*Edward A. Sokoloff* for the plaintiff.
*Bertram E. Snyder* for Wheaton Van Lines, Inc.

